1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21031 Ventura Blvd, Suite 340
4  Woodland Hills, CA 91364
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7  abacon@ toddflaw.com
   *Attorneys for Plaintiff*
8
9          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA
10
11
12                                              )    Case No.
       **ABANTE ROOTER AND**                    )
13     others similarly situated,               )    3:21-cv-04497-JSC
       Plaintiff,                               )
14     vs.                                      )
15     **PREMIUM LINES INSUR**                   )    **NOTICE OF SETTLEMENT**
       inclusive, and each of them              )
16     Defendant(s).                            )
                                                )
17                                              )
                                                )
18                                              )

19          NOW COMES THE PLAINTIFF by and through their attorney to
20  respectfully notify this Honorable Court that this case has settled as to all named
21  Defendants. Plaintiff requests that this Honorable Court vacate all pending
22  hearing dates and allow sixty (60) days with which to file dispositive
23  documentation. This Court shall retain jurisdiction over this matter until fully
24  resolved.
25
26  Dated: October 6, 2021        **Law Offices of Todd M. Friedman, P.C.**
27
28                                     By: s/ Adrian R. Bacon
                                           Adrian R. Bacon

1

## **CERTIFICATE OF SERVICE**

2

3    Filed electronically on October 6, 2021, with:

4    United States District Court CM/ECF system

5

6    Notification sent electronically on October 6, 2021, to:

7    To the Honorable Court, all parties and their Counsel of Record

8

9    s/Adrian R. Bacon

10      Adrian R. Bacon

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28